**DEMAND FOR APPRAISAL**

Insured: BRIDGEVIEW PLACE CONDO

Address: MULTIPLE BUILDINGS - BRIDGEVIEW, IL 60455

Policy #: PHPK2024039 _____ Claim #: 1379236 _____

Type of Loss: WIND & HAIL _____ Date/Occ: 04/07/2020 _____

To Whom It May Concern,

This is to inform you that BRIDGEVIEW PLACE CONDO does not agree with PHILADELPHIA INDEMNITY INSURANCE on the <u>replacement cost building loss</u> and <u>actual cash value</u> building loss in connection to the above referenced claim. Pursuant to the provision for appraisal in the policy of insurance issued to BRIDGEVIEW PLACE CONDO, the insured, by PHILADELPHIA INDEMNITY INSURANCE the insurer, if PHILADELPHIA INDEMNITY INSURANCE and BRIDGEVIEW PLACE CONDO fail to agree on the amount of the loss, either may demand that the amount of the loss be set by appraisal.

By this letter and in accordance with the provision for appraisal in the policy, BRIDGEVIEW PLACE CONDO hereby, makes a demand for appraisal and names Thomas Zordan to serve as BRIDGEVIEW PLACE CONDO appraiser in this matter. His contact information is:

Thomas F. Zordan, AIA
422 N. Hough Street
Barrington, IL 60010
Email: tzordan@acg-ltd.net
Phone: 847-277-1900

Please select a competent and independent appraiser within 20 days of receipt of this notice and notify my appraiser of their identity and contact information (address, phone, and email) so that the process for appraisal may begin.

Nothing stated in this letter is intended nor should it be construed to be a waiver of any of the terms or conditions of the policy nor of any rights or defenses available to BRIDGEVIEW PLACE CONDO under the policy and BRIDGEVIEW PLACE CONDO specifically reserves all such rights and defenses now apparent or as may become apparent.

Very truly yours,

Signature: _____ Date: _____9/9/21_____